```
                        United States Bankruptcy Court
                         Northern District of California

In re:                                                      Case No. 13-11025-AJ
Theo Willem Bruinsma                                        Chapter 7
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0971-1        User: admin         Page 1 of 2       Date Rcvd: Aug 21, 2013
                            Form ID: ODSC7fi    Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2013.
```
db          +Theo Willem Bruinsma,   214 Village Circle,   Novato, CA 94947-5105
13259220     Citibank Client Services,   PO Box 769013,   San Antonio, TX 78245-9013
13259223    +Hunt and Henriques,   151 Bernal Road, Suite 8,   San Jose, CA 95119-1491
13259224     Kaiser Foundation Health Plan, Inc.,   File 50016,   Los Angeles, CA 90074-0016
13259225    +Meili Z. Bruinsma,   214 Village Circle,   Novato, CA 94947-5105
13259227    +Monarch Recovery Management, Inc.,   PO Box 16119,   Philadelphia, PA 19114-0119
13259228    +S F Police Credit Unio,   2550 Irving St,   San Francisco, CA 94122-1515
13259231     SF Police Credit Union,   PO 22219,   San Francisco, CA 94122-0219
13259229    +Sears/CBNA,   Po Box 6497,   Sioux Falls, SD 57117-6497
13259233    +Thrift Savings Plan,   P.O. Box 385021,   Birmingham, AL 35238-5021
13259235     Visa,   PO Box 60510,   City of Industry, CA 91716-0510
13259237    +Zwicker and Associates, P.C.,   PO Box 9013,   Andover, MA 01810-0913
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          EDI: EDD.COM Aug 22 2013 02:03:00    CA Employment Development Dept.,   Bankruptcy Group MIC 92E,
              P.O. Box 826880,   Sacramento, CA  94280-0001
smg          EDI: CALTAX.COM Aug 22 2013 02:03:00    CA Franchise Tax Board,   Bankruptcy Group,
              P.O. Box 2952,   Sacramento, CA  95812-2952
13259217    +EDI: AFNIRECOVERY.COM Aug 22 2013 02:03:00    AFNI,   1310 Martin Luther King Drive,
              Bloomington, IL 61701-1465
13259222     EDI: HNDA.COM Aug 22 2013 02:03:00    Honda Financial Services,   P.O. Box 5025,
              San Ramon, CA 94583-0925
13259218     EDI: RMSC.COM Aug 22 2013 02:03:00    Banana Republic,   PO Box 960017,   Orlando, FL 32896-0017
13259219    +EDI: CAPITALONE.COM Aug 22 2013 02:03:00    Capital 1 Bank,   Attn: Bankruptcy Dept.,
              Po Box 30285,   Salt Lake City, UT 84130-0285
13259221    +EDI: RMSC.COM Aug 22 2013 02:03:00    GECRB/Banana Republic,   Attention: Bankruptcy,
              Po Box 103104,   Roswell, GA 30076-9104
13259226    +EDI: MID8.COM Aug 22 2013 02:03:00    Midland Funding,   8875 Aero Dr Ste 200,
              San Diego, CA 92123-2255
13259230    +EDI: SEARS.COM Aug 22 2013 02:03:00    Sears/CBNA,   Po Box 6282,   Sioux Falls, SD 57117-6282
13259232    +EDI: WTRRNBANK.COM Aug 22 2013 02:03:00    Target Credit Card (TC),
              c/o Financial and Retail Services,   Mailstop BT P.O. Box 9475,   Minneapolis, MN 55440-9475
13259234     EDI: AFNIVZWIRE.COM Aug 22 2013 02:03:00    Verizon Wireless,   PO Box 660108,
              Dallas, TX 75266-0108
13259236     EDI: WFFC.COM Aug 22 2013 02:03:00    Wells Fargo Home Mortgage,   PO Box 14411,
              Des Moines, IA 50306-3411
                                                                                               TOTAL: 12

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 23, 2013**            **Signature:**     _Joseph Speetjens_

```
District/off: 0971-1           User: admin            Page 2 of 2             Date Rcvd: Aug 21, 2013
                               Form ID: ODSC7fi       Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2013 at the address(es) listed below:
          Baron J. Drexel   on behalf of Debtor Theo Willem Bruinsma drexelbaron@gmail.com,
           lawoffices@bdrexellaw.com
          Linda S. Green    linda@greentrustee.net, C103@ecfcbis.com;greenls@sbcglobal.net
          Office of the U.S. Trustee / SR   USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
                                                                                                                        TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## Northern District of California (Santa Rosa)

| | |
|---|---|
| **In re:**<br>Theo Willem Bruinsma<br>214 Village Circle<br>Novato, CA 94947<br><br>Debtor(s)<br><br>**Debtor/Joint Debtor Social Security Number(s):**<br>xxx–xx–9885 | **Case Number:** 13–11025 AJ 7<br>**Chapter:** 7 |

## DISCHARGE OF DEBTOR AND FINAL DECREE

It appearing that the debtor(s) is/are entitled to a discharge, **IT IS ORDERED**:
The debtor(s) is/are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

It further appears that the trustee, Linda S. Green in the above–entitled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

ORDERED that the chapter 7 case of the above–named debtor is closed; that the Trustee is discharged and relieved of said trust.

Dated: 8/20/13

By the Court:

Alan Jaroslovsky
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Doc # 16

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* A creditor who violates this order can be required to pay damages and attorney's fees to the debtor. [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the discharged the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after 10/17/2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**